UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80934-CIV-ROSENBERG/BRANNON

HOWARD COHAN,                    )
                                 )
    Plaintiff,                   )
                                 )
v.                               )
                                 )
THE NEIMAN MARCUS                )
GROUP, LLC,                      )
d/b/a NEIMAN MARCUS              )
                                 )
    Defendants.                  )

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the foregoing Stipulation it is:

**ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice, each party to bear its own attorney fees and costs.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 15th day of September, 2015.

_____
HONORABLE ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record.